AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**DON BENNY ANDERSON**

    vs.                                                                                    Case Number:   **08-3047**

**UNITED STATES OF AMERICA**

☐ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**, pursuant to an Order entered by the Honorable Jeanne E. Scott. Petitioner filed several Petitions asking for extraordinary relief in the form of writs of habeas corpus and corum nobis to release him from custody and to vacate his convictions in Dallas County, Texas; Harris County, Texas; Pinellas County, Florida (collectively the State Convictions); the United States District Court for the Southern District of Illinois; and the United States District Court for the Eastern District of Virginia.  The face of the Petitions show that Anderson is not in custody, so habeas relief is denied as moot.  The requests for corum nobis relief must be filed in the court that rendered the judgment.  <u>Finkelstein v. Spitzer</u>, 455 F.3d 131, 134 (2nd Cir. 2006); <u>Sinclair v. State of Louisiana</u>, 679 F.2d 513, 514-15 (5th Cir. 1982).  These aspects of the Petitions are therefore dismissed for lack of jurisdiction.  In addition, the relief sought with respect to the State Convictions has been fully litigated adversely to Petitioner.  <u>Anderson v. U.S.</u>, Seventh Circuit Court of Appeals Case Nos. 06-1042, 06-1044 & 06-1043.  That decision is the law of the case with respect to these matters.  The Petitions are dismissed.  These cases are closed.----------------------------------------------------------------------------------

                                                   ENTER this 10th day of March, 2008

                                                            s/ Pamela E. Robinson
                                           PAMELA E. ROBINSON, CLERK
                                                      s/ D. Meadows
                                           _____
                                             BY:  DEPUTY CLERK