# NOTICE AND DEMAND

## FOR ORDER GRANTING RELIEF OR RECUSAL

*NOTICE: THIS DOCUMENT IS REAL EVIDENCE FOR ALL INTENT AND PURPOSES FOR IMPEACHMENT, FOR COMMITTING TREASON BY WAGING WAR ON THE UNITED STATES CONSTITUTION AND WE THE PEOPLE, REQUEST FOR DEATH SENTENCE, ASKING FOR A SIGN TO BE PLACED AROUND JUDGE JEANNE E. SCOTT NECK STATING, "I WILL COMMIT TREASON NO MORE", CRIMINAL, CIVIL AND PUBLIC DISCLOSER INFORMATION ETC.*

Where the judge has a direct, personal, substantial, or pecuniary interest in case, Due process is violated. Judicial bias and appearance violate due process. Franklin v. McCaughtry, 398 F.3d 955(7th Cir.2005)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

FILED
MAR 1 9 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DON BENNY ANDERSON, AFFIANT-PETITIONER, ) ) ) | |
| V ) | Case No. 08-3045 Habeas Corpus Case |
| UNITED STATE OF AMERICA RESPONDENT. ) ) ) | |
| In re Don Benny Anderson ) ) ) ) | Case Nos. 08-3046, 08-3047, 08-3048 08-3049 Writ of Coram Nobis cases |

**RULE 59(e) MOTION TO RECONSIDER AND AMEND JUDGMENT, 18 USC RULE 47 MOTION, RULE 12.4 MOTION JUDGE SCOTT IS TO DETERMINE WHETHER RECUSAL IS REQUIRED BECAUSE OF FINANCIAL INTEREST IN THE CASE -- CASE NO. 08-3045, SEE THE ATTACHED EXHIBIT Page 3 -- "12. YOU JUDGE BILLY JOE McDADE, DO NOT DENY THAT AFFIANT RIGHTFULLY MADE A DEMAND/CLAIM FOR ONE BILLION DOLLARS IN COMPENSATION AGAINST YOU AND THE UNITED STATES FOR BLOCKING/SABOTAGING ANDERSON'S CAMPAIGN FOR THE OFFICE OF**

**PRESIDENT OF THE UNITED STATES-NOR CLAIMED THE AMOUNT REQUESTED WAS NOT APPROPRIATE UNDER THE THESE UNIQUE CIRCUMSTANCES"; RULE 33 MOTION MANDATE AN ANSWER, REVIVAL OF FACT PLEADING; MOTION FOR JUDGE JEANNE E. SCOTT TO FULFILL HER CONSTITUTIONAL AND "FIDUCIARY DUTY" OBLICATIONS AND ORDER RELIEF AND/OR MOTION FOR RECUSAL OF JUDGE JEANNE E. SCOTT FOR ABUSE OF POWER FOR JOININGCRIMINAL CONSPIRACIES, KEEPING ANDERSON ILLEGALLY, UNCONSTITUTIONALLY IN SLAVERY, BLOCKING AND SABOTAGING ANDERSON'S CHAMPAIGN FOR THE PRESIDENCY OF THE UNITED STATES: EXPOSING THE OVERTHROW OF THE CONSTITUTION FOR THE UNITED STATES OF AMERICA, BAR ASSOCIATION, EXECUTIVE AND PRESIDENT RONALD REAGAN SANCTIONING THE POLITICAL KIDNAPPING OF DON BENNY ANDERSON TO COVER UP TREASON, CORRUPTION AND BAR ASSOCIATION'S TRAFFICING IN HUMAN BEINGS.**

Now comes, Don Benny Anderson, petitioner, pro se, and moves this court to reconsider its judgment and order of March 10, 2008.

The following reasons are set forth below revealing why Anderson's Motion should be granted:

1. This court has jurisdiction under 28 U.S.C.A. under Rule 59 (e) Motion to Alter and Amend Judgment.

2. The Judgment of March 10, 2008 is fraud on the court by Judge Jeanne E. Scott.

3. Judgment is an ABUSE OF POWER FOR JUDGE SCOTT KNOWINGLY AND WILLINGLY JOINED CRIMINAL CONSPIRACIES LISTED BELOW, KEEPING ANDERSON ILLEGALLY, UNCONSTITUTIONALLY IN SLAVERY, BLOCKING AND SABOTAGING ANDERSON'S CHAMPAIGN FOR THE PRESIDENCY OF THE UNITED STATES: EXPOSING THE OVERTHROW OF THE CONSTITUTION FOR THE UNITED STATES OF AMERICA, BAR ASSOCIATION, EXECUTIVE AND PRESIDENT RONALD REAGAN SANCTIONING THE POLITICAL KIDNAPPING OF

DON BENNY ANDERSON, TO COVER UP TREASON, CORRUPTION AND BAR ASSOCIATION'S TRAFFICKING IN HUMAN BEINGS.

4. Document, Judgment, was executed via deception in mind; Judge Scott with criminal intent acted to cover up federal and states agents organized crime, including her, other judges and bar association members, all in violation of Title 18 Sections 1201, 2331, 1589, 1584, 1590, 241 and 242; each carrying a penalty of imprisonment for any number of years or life.

5. Judge Jeanne E. Scott knew she was joining or aiding criminal conspiracies.

6. In Anderson's SHOW CAUSE, showing cause why cases should not be summarily dismissed for failure to comply with order of Court of Appeals, he stated the following on page 5:

"United States Court of Appeals judges Frank H. Easterbrook, Chief Judge, Diane P. Wood, Circuit Judge, Ann Claire Williams, Circuit Judge, United States District Judge Gilbert of the Southern District of Illinois and Judge Mihm of the Central District of Illinois did knowingly and willingly with criminal intent did join, combine, conspire, and confederate in criminal conspiracies to further the political kidnapping of Don Benny Anderson. Furthered the cover up of the terrorist-kidnapping of Don Benny Anderson; judges engaged in procedural kidnapping and ordered extortionate fines. Anderson did pay the $1000 extortionate fine of Frank H. Easterbrook, Chief Judge, Diane P. Wood, Circuit Judge, Ann Claire Williams, Circuit Judge. If you, Judge Jeanne E. Scott, and above judges are not engaged in criminal conspiracies, order transcripts of all court

3

proceedings. See for yourself if petitioner committed perjury. You, Judge Jeanne E. Scott, are not obligated to join judges in criminal conspiracies, mention in documents and cases before your court. Signed under the penalty of perjury pursuant to Title 18 Section 1621 and Title 28 Section 1746. Dated this 5th day of March 2008. Respectfully submitted, Don Benny Anderson"

7. You, Judge Scott, fraudulently claimed the following in your JUDGMENT: **"IT IS ORDERED AND ADJUDGED...** "[C]orum nobis to release him from custody and to vacate his convictions in Dallas County, Texas; Harris County, Texas; Pinellas County, Florida (collectively the State Convictions); the United States District Court for the Southern District of Illinois; and the United States District Court for the Eastern District of Virginia. The face of the Petitions show that Anderson is not in custody, so habeas relief is denied as moot."

8. Criminal Judge Scott has tried to act like all petitions were Writ of Coram Nobis; claim a petition was filed in Virginia case.

9. Also Anderson never filed and Corum nobis for release from custody.

10. Nor is it required that petitioner ask for release from custody on the face of any of Anderson's Coram Nobis state cases or his federal Illinois Coram Nobis case.

11. On page two of Corum nobis petitions Anderson wrote the following:

"Jimenez v. Trominski, 91 F.3d 767, 768 (5th Cir.1996). "Thus it does not matter whether the convicted person is in custody; it is well established that the writ will lie where the convicted person is not in custody, either because he has completed his sentence or because he has not ye begun to serve it. See United States v. Morgan, 346 U.S. at 510, 74 S.Ct. 247; United States v. Hay, 702 F.2d (5th Cir.1983)." See

4

Hanan v. U.S., 402 F.Supp.2d 679 (E.D.Va.2005) at 684-685."

12. Obviously you, Judge Scott, you knew you were engaging in criminal Activities.

13. You, Judge Scott, knew you could provide relief requested. Therefore, you stated, "These aspects of the Petitions are therefore dismissed for lack of jurisdiction."

14. Therefore order relief based on aspects that you know gives you jurisdiction found on pages one, three and four etc.

"[P]etitioner pursuant to 28 U.S.C.A. Section 1651 moves this court to issue Writ Of Coram Nobis to correct errors by court acting the Complete Absence Of All Jurisdiction, resulting in the Complete Miscarriage of Justice, attack conviction involving collateral legal disadvantages which survive satisfaction of sentence, and Constitutional controversy is presented in petition for relief. Anderson has been denied access to courts with valid claims…clear abuse of discretion, usurpation of judicial and -ABUSE OF POWER- …judges have/are involved in conspiracy blocking Anderson's Campaign for Presidency of the United States. This court has jurisdiction. Signed under the penalty of perjury under Title 28 U.S.C. Section 1746 on this 18th day of February 2008. Don B. Anderson." **YOU, JUDGE SCOTT, HAVE NOT COUNTERED WITH A SIGNED STATEMENT UNDER THE PENALTY OF PERJURY THAT YOU DO NOT HAVE JURISDICTION. YOU KNOW FROM THE TOTALIY OF THE WRIT OF CORAM NOBIS THAT IT GIVES YOU AND THIS COURT JURISDICTION. NO LEGALLY AND CONSTITUTIONAL FEDERAL OR STATE COURT EVER EXISTED TO RESPOND TO WRIT OF CORAM NOBIS SENT TO THEM. CONSTITUTION MANDATE ARTICLE V: NO**

**PERSON SHALL BE HELD TO ANSWER FOR A CAPITAL, OR OTHERWISE INFAMOUS CRIME, UNLESS ON A PRESENTMENT OR INDICTMENT OF A GRAND JURY. NO LAWFUL IMPANLED GRAND JURY EVER EXISTED AND INDICTED ANDERSON IN ALL OF HIS CASES, THEREFORE, NO LAWFUL COURT EVER EXISTED. See page 3 and 4 of writs:** "Writ of error Coram nobis may be properly used to seek dismissal of indictment. United States v McCord (1974, App DC) 166 US App DCl, 509 F2d 334, 37 ALR Fed 473, cert den (1975) 421 US 930, 44 L Ed 2d 87, 95 S Ct 1656. Twelve qualified jurors never Approved indictment." **THIS COURT HAS JURISDICTION.**

15. Thus this court had and still has jurisdiction under 28 U.S.C.A. Section 1651 as originally claimed in petitions.

16. Anderson sent WRIT OF CORAM NOBIS TO All ALLEGED SENTENCING COURTS both federal and state, involved in the totality of all case before this court.

17. Alleged sentencing courts refused to act up on it, therefore, this court has jurisdiction.

18. Pro Se petitions are to be construed liberally by the courts and are supposed to be held to a less stringent standards than those that could be imposed on an attorney.

19. On page 7 of all Writ of Coram Nobis is found the following is found: "Suspension of Great Writ, Art. I; Sec.9; Cl.2 by court is unconstitutional. The All Writs Act is a Residual source of authority by statute requiring case to be heard.

20. Court also has jurisdiction pursuant to Title 28 U.S.C.A. Sections 2241, 2243, 1331, Article III Section 1: The judicial Power of the United States, shall be vested in

6

one Supreme Court, and in such inferior Courts as the Congress may from time to time ordain and establish. The Judges, both of the supreme and inferior Courts shall hold their Offices during good Behavior...

[ONE OF THE ISSUES PRESENTED TO THIS COURT IS THAT JUDGES, FOUND ON THE FRONT PAGE OF THE PETITION, DID NOT ACT IN GOOD BEHAVOR, BUT INSTEAD ACTED IN THE COMPLETE ABSENCE OF ALL JURISDICTION, RESULTING IN THE COMPLETE MISCARRIAGE OF JUSTICE ABUSE OF POWER-, ABUSE OF POWER IS ANOTHER OF PETITIONER'S CLAIMS.]...

The Judges, both of the supreme and inferior Courts, shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States...all Cases...Controversies to which the United States...shall be a Party.

THEREFORE, THIS COURT HAS JURISDICTION.

This court also has jurisdiction in case 08-3045 **EXTRAORDINAY WRIT PURSUANT TO ART.I,SEC.9CL.2;ART.III,SEC.1,2,3 AND TITLE 18 SEC.4 MOTION FOR APPLICATION FOR ISSUANCE OF WRIT OF HABEAS CORPUS ORDER DISCHARGING PETITIONER-PETITIONER IS CUSTODY IN VIOLATION OF CONSTITUTION AND LAW OF UNITED STATES.**

'21. You have not ruled on this case in your Judgment claiming the court lacked jurisdiction.

22. Anderson's **SHOW CAUSE**, showing cause why cases should not be summarily dismissed for failure to comply with order of Court of Appeals. It clearly demonstrates **Civil Disabilities/Firearms Restrictions, TRAVEL, RESTRICTION**

SHOW ANDERSON IS IN CUSTODY OF THE UNITED STATES, CIVIL DISABILITIES AND FIREARMS RESTRICTION, RESTORATION OF RIGHTS/ REMOVAL OF DISABILITIES, THE RIGHT TO HOLD PUBLIC OFFICE IS AUTOMATICALLY RESTORED UPON COMPLETION OF YOUR SENTENCE INCLUDING ANY PERIOD OF SUPERVISION.  ANDERSON IS CLEARLY IN CUSTODY OF THE UNITED STATES, SEE EXHIBIT "C" ATTACHED TO SHOW CAUSE.

CONSTITUTION CONTROVERSY IS PRESENT IN PETITIONS AND FOR RELIEF, THEREFORE, COURT HAS JURISDICTION OVER ALL PETITIONS.  CLAIM THAT ANDERSON CAN NOT HOLD PUBLIC OFFICE UNTIL PERIOD OF SUPERVISED RELEASE IS OVER IS IN CONFLICT WITH SUPREME LAW OF THE LAND:

ARTICLE II, SECTION 1, CLAUSE 5 "No Person except a natural born Citizen, or a Citizen of the United State, at the time of the Adoption of this Constitution, shall be eligible to the Office of President; neither shall any Person be eligible to that Office who shall not have attained to the Age of thirty five Years, and been fourteen Years a Resident within the United States.

Legislative or judge created law is unconstitutional if it is in conflict our National Constitution.  Stop committing treason and blocking Anderson's Campaign for the Presidency of the United States.  THIS COURT HAS JURISDICTION!

As President, I will take the following oath as mandated by ARTICLE  I I, Section. 1. Clause 8:  Before he enter on the Execution of his Office, he shall Take the following Oath or Affirmation:  "I do solemnly swear (or affirm) that

I will faithfully execute the Office of President of the United States, and will

To the best of my Ability, preserve, protect and defend the Constitution of the

` United States."

As President and Commander in Chief of the Army and Navy of the United States, and of the Militia of the several States, I will put an end to bar association and judicial treason. To the best of my Ability, I will **restore,** preserve, protect and defend the Constitution of the United States.

Date March 19, 2008

Respectfully submitted,

*Don B. Anderson*
Don Benny Anderson

## CERTIFICATE OF SERVICE

I, Don Benny Anderson, do swear or declare that on this March 19, 2008, I have served the enclosed motions above on the following party to this proceeding, by depositing them in an envelop containing this document in the United States mail properly addressed with first-class postage prepaid.

The name of the party served is as follows:

Roger Heaton
United States Attorney
318 S. 6th
Springfield, IL 62701

Signed pursuant to Title 28 U.S.C. Section 1746.

*Don B. Anderson*
Don Benny Anderson
2004b S Noble Ave
Springfield, IL 62704