E-FILED
Thursday, 10 April, 2008   01:34:10 PM
Clerk, U.S. District Court, ILCD

# NOTICE AND DEMAND

## FOR RECUSAL AND HEARING FOR FAILING TO ISSUE
## A DECISION ON PETITIONER'S RECUSAL MOTION
### DATED MARCH 19, 2008

*NOTICE:  THIS DOCUMENT IS REAL EVIDENCE FOR ALL INTENT AND PURPOSES FOR IMPEACHMENT, FOR COMMITTING TREASON BY WAGING WAR ON THE UNITED STATES CONSTITUTION AND WE THE PEOPLE, REQUEST FOR DEATH SENTENCE, ASKING FOR A SIGN TO BE PLACED AROUND JUDGE JEANNE E. SCOTT NECK STATING, "I WILL COMMIT TREASON NO MORE", CRIMINAL, CIVIL AND PUBLIC DISCLOSER INFORMATION ETC.*

**Where the judge has a direct, personal, substantial, or pecuniary interest in case, Due process is violated.  Judicial bias and appearance violate due process.  Franklin v. McCaughtry, 398 F.3d 955(7ᵗʰ Cir.2005)**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

FILED
APR 0 9 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DON BENNY ANDERSON, AFFIANT-PETITIONER, | ) ) ) | |
| V | ) ) | Case No. 08-3045 Habeas Corpus Case |
| UNITED STATE OF AMERICA RESPONDENT. | ) ) ) | |

| | | |
|---|---|---|
| In re Don Benny Anderson | ) ) ) ) | Case Nos. 08-3046, 08-3047, 08-3048 08-3049 Writ of Coram Nobis cases |

## MOTION FOR RECUSAL OF JUDGE JEANNE E. SCOTT AND HEARING; MOTION FOR RECUSAL OF UNITED STATE ATTORNEY ROGER HEATON AND OFFICE TO RECUSE ITSELF

Now comes Don Benny Anderson, petitioner, pro se, pursuant to Title 28 United States

Code Section 455(b).  Indeed, the statute clearly outlines circumstance where disqualification

is mandated; United States Attorneys, Assistant United States Attorneys an the office to recuse itself 3-2.170 Recusals 3-2.220 Recusals.

In support hereof petitioner states the following:

28 U.S.C. Section 445(b) specifically provides:  (b) He shall also disqualify himself in the following circumstances:  Where he has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding...has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceeding...Is a party to the proceeding...judge to have an interest that could be substantially affected by the outcome of the proceeding...Is to the judge's knowledge likely to be a material witness in the proceeding.

Thus, in these instances, you, Judge Scott, are obliged to disqualify yourself regardless of any other test. See H.R.Rep.93-l453, supra ("Subsection (b) of the amended statute sets forth specific situations or circumstances when the judge must disqualify himself ...by setting specific standards, Congress can eliminate the uncertainty and ambiguity arising from the language in the existing statute and will have aided the judges in avoiding possible criticisms for failure to disqualify themselves.")

Because recusals attack the essence of our nation's legal system-the impartiality of a judge – they are a serious matter.  Indeed, judges faced with a possible recusal situation Must go through an extensive analysis of the surrounding circumstances prior to issuing any Decision on the matter.  Moreover, such decision must be predicated on compelling evidence rather that mere allegation or conclusory facts.  Balistrieri, supra at 1220 ("Disqualification of a judge for actual bias or prejudice is a serious matter, and it should

be required only when the bias or prejudice is proved by compelling evidence.")

BACKGROUND ON RECUSAL:   Recusal is the process under which a judge Is excused or disqualifies himself or herself from presiding over a case in which he or she may have an interest or may be unduly prejudiced.  This obligation to recuse is not limited to those instances where a party makes a motion; rather, it also places a burden on a judge to sua sponte identify those circumstances where recusal may be appropriate, Liteky v. U.S., 510 U.S. 540 548 (1994).  Title 28 United States Code Section 455 codified this document And states in pertinent part:

> 455. Disqualifications of justice, judge or magistrate.
> (a) Any justice, judge or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned.
> (b) He shall also disqualify himself in the following circumstances:
>> (l) Where he has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceedings;…

This section of Title 28 is not the only section relating to recusals; 28 U.S.C. Section 144 also addresses the issue of judicial bias.   Section 144, however, is an older Section of the code which requires a judge to examine the issue of recusal upon party's filing an affidavit.  Section 455 is not only broader in scope but is the more commonly used section.  MOREOVER, IT DOES NOT REQUIRE A MOTION BY A PARTY TO BE INVOLKED.

The following is original Motion for Recusal of Judge Scott showing bias, prejudice and is proved by compelling evidence:

**RULE 59(e) MOTION TO RECONSIDER AND AMEND JUDGMENT,
18 USC RULE 47 MOTION, RULE 12.4 MOTION JUDGE SCOTT IS TO
DETERMINE WHETHER RECUSAL IS REQUIRED BECAUSE OF FINANCIAL
INTEREST IN THE CASE – CASE NO. 08-3045, SEE THE ATTACHED EXHIBIT**

**Page 3 – "12. YOU JUDGE BILLY JOE McDADE, DO NOT DENY THAT AFFIANT RIGHTFULLY MADE A DEMAND/CLAIM FOR ONE BILLION DOLLARS IN COMPENSATION AGAINST YOU AND THE UNITED STATES FOR BLOCKING/SABOTAGING ANDERSON'S CAMPAIGN FOR THE OFFICE OF PRESIDENT OF THE UNITED STATES-NOR CLAIMED THE AMOUNT REQUESTED WAS NOT APPROPRIATE UNDER THE THESE UNIQUE CIRCUMSTANCES"; RULE 33 MOTION MANDATE AN ANSWER, REVIVAL OF FACT PLEADING; MOTION FOR JUDGE JEANNE E. SCOTT TO FULFILL HER CONSTITUTIONAL AND "FIDUCIARY DUTY" OBLICATIONS AND ORDER RELIEF AND/OR MOTION FOR RECUSAL OF JUDGE JEANNE E. SCOTT FOR ABUSE OF POWER FOR JOINING CRIMINAL CONSPIRACIES, KEEPING ANDERSON ILLEGALLY, UNCONSTITUTIONALLY IN SLAVERY, BLOCKING AND SABOTAGING ANDERSON'S CHAMPAIGN FOR THE PRESIDENCY OF THE UNITED STATES: EXPOSING THE OVERTHROW OF THE CONSTITUTION FOR THE UNITED STATES OF AMERICA, BAR ASSOCIATION, EXECUTIVE AND PRESIDENT RONALD REAGAN SANCTIONING THE POLITICAL KIDNAPPING OF DON BENNY ANDERSON TO COVER UP TREASON, CORRUPTION AND BAR ASSOCIATION'S TRAFFICING IN HUMAN BEINGS.**

Now comes, Don Benny Anderson, petitioner, pro se, and moves this court to reconsider its judgment and order of March 10, 2008.

The following reasons are set forth below revealing why Anderson's Motion should be granted:

1.  This court has jurisdiction under 28 U.S.C.A. under Rule 59 (e) Motion to Alter and Amend Judgment.

2.  The Judgment of March l0, 2008 is fraud on the court by Judge Jeanne E. Scott.

3.  Judgment is an ABUSE OF POWER FOR JUDGE SCOTT KNOWINGLY AND WILLINGLY JOINED CRIMINAL CONSPIRACIES LISTED BELOW, KEEPING ANDERSON ILLEGALLY, UNCONSTITUTIONALLY IN SLAVERY, BLOCKING AND SABOTAGING ANDERSON'S CHAMPAIGN FOR THE PRESIDENCY OF THE UNITED STATES: EXPOSING THE OVERTHROW OF THE CONSTITUTION FOR THE UNITED STATES OF AMERICA, BAR ASSOCIATION, EXECUTIVE AND

PRESIDENT RONALD REAGAN SANCTIONING THE POLITICAL KIDNAPPING OF
DON BENNY ANDERSON, TO COVER UP TREASON, CORRUPTION AND BAR
ASSOCIATION'S TRAFFICING IN HUMAN BEINGS.

4.  Document, Judgment, was executed via deception in mind; Judge Scott  with
criminal intent acted to cover up federal and states agents organized crime, including her,
other judges and bar association members, all in violation of  Title 18 Sections 1201, 2331,
1589, 1584, 1590, 241 and 242; each carrying a penalty of imprisonment for any number
of years or life.

5.  Judge Jeanne E. Scott  knew she was joining or aiding criminal conspiracies.

6.  In Anderson's SHOW CAUSE, showing cause why cases should not be
summarily dismissed for failure to comply with order of  Court of Appeals, he stated the
following on page 5:

"United States Court of Appeals judges Frank H. Easterbrook, Chief Judge, Diane
P.Wood, Circuit Judge, Ann Claire Williams, Circuit Judge, United States District Judge
Gilbert of the Southern District of Illinois and Judge Mihm of the Central District of
Illinois did knowingly and willingly with criminal intent did join, combine, conspire,
and confederate in criminal conspiracies to further the political kidnapping of Don Benny
Anderson.  Furthered the cover up of the terrorist-kidnapping of Don Benny Anderson;
judges engaged in procedural kidnapping and ordered extortionate fines.  Anderson did
pay the $1000 extortionate fine of Frank H. Easterbrook, Chief Judge, Diane P. Wood,
Circuit Judge, Ann Claire Williams, Circuit Judge.  If you, Judge Jeanne E. Scott, and
above judges are not engaged in criminal conspiracies, order transcripts of all court
proceedings.  See for yourself if petitioner committed perjury.  You, Judge Jeanne E.

Scott, are not obligated to join judges in criminal conspiracies, mention in documents and cases before your court. Signed under the penalty of perjury pursuant to Title 18 Section 1621 and Title 28 Section 1746. Dated this 5th day of March 2008. Respectfully submitted, Don Benny Anderson"

7. You, Judge Scott, fraudulently claimed the following in your JUDGMENT:

"**IT IS ORDERED AND ADJUDGED**... "[C]orum nobis to release him from custody and to vacate his convictions in Dallas County, Texas; Harris County, Texas; Pinellas County, Florida (collectively the State Convictions); the United States District Court for the Southern District of Illinois; and the United States District Court for the Eastern District of Virginia. The face of the Petitions show that Anderson is not in custody, so habeas relief is denied as moot."

8. Criminal Judge Scott has tried to act like all petitions were Writ of Coram Nobis; claim a petition was filed in Virginia case.

9. Also Anderson never filed and Corum nobis for release from custody.

10. Nor is it required that petitioner ask for release from custody on the face of any of Anderson's Coram Nobis state cases or his federal Illinois Coram Nobis case.

11. On page two of Corum nobis petitions Anderson wrote the following:

"Jimenez v. Trominski, 91 F.3d 767, 768 (5th Cir.1996). "Thus it does not matter whether the convicted person is in custody; it is well established that the writ will lie where the convicted person is not in custody, either because he has completed his sentence or because he has not yet begun to serve it. See United States v. Morgan, 346 U.S. at 510, 74 S.Ct. 247; United States v. Hay, 702 F.2d (5th Cir.1983)." See Hanan v. U.S., 402 F.Supp.2d 679 (E.D.Va.2005) at 684-685."

12. Obviously you, Judge Scott, you knew you were engaging in criminal Activities.

13. You, Judge Scott, knew you could provide relief requested. Therefore, you stated, "These aspects of the Petitions are therefore dismissed for lack of jurisdiction."

14. Therefore order relief based on aspects that you know gives you jurisdiction found on pages one, three and four etc.

"[P]etitioner pursuant to 28 U.S.C.A. Section 1651 moves this court to issue Writ Of Coram Nobis to correct errors by court acting the Complete Absence Of All Jurisdiction, resulting in the Complete Miscarriage of Justice, attack conviction involving collateral legal disadvantages which survive satisfaction of sentence, and Constitutional controversy is presented in petition for relief. Anderson has been denied access to courts with valid claims…clear abuse of discretion, usurpation of judicial and -ABUSE OF POWER- …judges have/are involved in conspiracy blocking Anderson's Campaign for Presidency of the United States. This court has jurisdiction. Signed under the penalty of perjury under Title 28 U.S.C. Section 1746 on this 18th day of February 2008. Don B. Anderson." **YOU, JUDGE SCOTT, HAVE NOT COUNTERED WITH A SIGNED STATEMENT UNDER THE PENALTY OF PERJURY THAT YOU DO NOT HAVE JURISDICTION. YOU KNOW FROM THE TOTALIY OF THE WRIT OF CORAM NOBIS THAT IT GIVES YOU AND THIS COURT JURISDICTION. NO LEGALLY AND CONSTITUTIONAL FEDERAL OR STATE COURT EVER EXISTED TO RESPOND TO WRIT OF CORAM NOBIS SENT TO THEM. CONSTITUTION MANDATE ARTICLE V: NO PERSON SHALL BE HELD TO ANSWER FOR A CAPITAL, OR OTHERWISE**

**INFAMOUS CRIME, UNLESS ON A PRESENTMENT OR INDICTMENT OF A GRAND JURY.  NO LAWFUL IMPANLED GRAND JURY EVER EXISTED AND INDICTED ANDERSON IN ALL OF HIS CASES, THEREFORE, NO LAWFUL COURT EVER EXISTED.  See page 3 and 4 of writs:** "Writ of error Coram nobis may be properly used to seek dismissal of indictment.  United States v McCord (1974, App DC) l66 US App DCl, 509 F2d 334, 37 ALR Fed 473, cert den (1975) 421 US 930, 44 L Ed 2d 87, 95 S Ct l656.  Twelve qualified jurors never Approved indictment."  **THIS COURT HAS JURISDICTION.**

15. Thus this court had and still has jurisdiction under 28 U.S.C.A. Section 1651 as originally claimed in petitions.

16. Anderson sent WRIT OF CORAM NOBIS TO All ALLEGED SENTENCING COURTS both federal and state, involved in the totality of all case before this court.

17. Alleged sentencing courts refused to act up on it, therefore, this court has jurisdiction.

18. Pro Se petitions are to be construed liberally by the courts and are supposed to be held to a less stringent standards than those that could be imposed on an attorney.

19. On page 7 of all Writ of Coram Nobis is found the  following is found: "Suspension of Great Writ, Art. I; Sec.9;  Cl.2 by court is unconstitutional.  The All Writs Act is a Residual source of authority by statute requiring case to be heard.

20. Court also has jurisdiction pursuant to Title 28 U.S.C.A. Sections 2241, 2243, 1331, Article III Section 1:  The judicial Power of the United States, shall be vested in one Supreme Court, and in such inferior Courts as the Congress may from time to time

ordain and establish.   The Judges, both of the supreme and inferior Courts shall hold

their Offices during good Behavior…

[ONE OF THE ISSUES PRESENTED TO THIS COURT IS THAT JUDGES,

FOUND ON THE FRONT PAGE OF THE PETITION, DID NOT ACT IN GOOD

BEHAVOR, BUT INSTEAD ACTED IN THE COMPLETE ABSENCE OF ALL

JURISDICTION, RESULTING IN THE COMPLETE MISCARRIAGE OF JUSTICE

ABUSE OF POWER-, ABUSE OF POWER IS ANOTHER OF PETITIONER'S

CLAIMS.]…

The Judges, both of the supreme and inferior Courts, shall extend to all Cases, in

Law and Equity, arising under this Constitution, the Laws of the United States…all

Cases…Controversies to which the United States…shall be a Party.

THEREFORE, THIS COURT HAS JURISDICTION.

This court also has jurisdiction in case 08-3045 **EXTRAORDINAY WRIT**

**PURSUANT TO ART.I,SEC.9CL.2;ART.III,SEC.1,2,3 AND TITLE 18 SEC.4**

**MOTION FOR APPLICATION FOR ISSUANCE OF WRIT OF HABEAS**

**CORPUS ORDER DISCHARGING PETITIONER-PETITIONER IS CUSTODY**

**IN VIOLATION OF CONSTITUTION AND LAW OF UNITED STATES.**

`21.  You have not ruled on this case in your Judgment claiming the court lacked

jurisdiction.

22.  Anderson's **SHOW CAUSE**, showing cause why cases should not be

summarily dismissed for failure to comply with order of Court of Appeals.  It clearly

demonstrates **Civil Disabilities/Firearms Restrictions, TRAVEL, RESTRICTION**

**SHOW ANDERSON IS IN CUSTODY OF THE UNITED STATES, CIVIL**

**DISABILITIES AND FIREARMS RESTRICTION, RESTORATION OF RIGHTS/ REMOVAL OF DISABILITIES, THE RIGHT TO HOLD PUBLIC OFFICE IS AUTOMATICALLY RESTORED UPON COMPLETION OF YOUR SENTENCE INCLUDING ANY PERIOD OF SUPERVISION.  ANDERSON IS CLEARLY IN CUSTODY OF THE UNITED STATES, SEE EXHIBIT "C" ATTACHED TO SHOW CAUSE.**

**CONSTITUTION CONTROVERSY IS PRESENT IN PETITIONS AND FOR RELIEF, THEREFORE, COURT HAS JURISDICTION OVER ALL PETITIONS.   CLAIM THAT ANDERSON CAN NOT HOLD PUBLIC OFFICE UNTIL PERIOD OF SUPERVISED RELEASE IS OVER IS IN CONFLICT WITH SUPREME LAW OF THE LAND:**

**ARTICLE  II,  SECTION 1,  CLAUSE 5** "No Person except a natural born Citizen, or a Citizen of the United State, at the time of the Adoption of this Constitution, shall be eligible to the Office of President; neither shall any Person be eligible to that Office who shall not have attained to the Age of thirty five Years, and been fourteen Years a Resident within the United States.

Legislative or judge created law is unconstitutional if it is in conflict our National Constitution.   Stop committing treason and blocking Anderson's Campaign for the Presidency of the United States.   THIS COURT HAS JURISDICTION!

As President, I will take the following oath as mandated by ARTICLE  I I, Section. 1. Clause 8:   Before he enter on the Execution of his Office, he shall Take the following Oath or Affirmation:   "I do solemnly swear (or affirm) that I will faithfully execute the Office of President of the United States, and will

To the best of my Ability, preserve, protect and defend the Constitution of the

` United States."

As President and Commander in Chief of the Army and Navy of the United

States, and of the Militia of the several States, I will put an end to bar association

and judicial treason.  To the best of my Ability, I will **restore,** preserve, protect and

defend the Constitution of the United States.

Date March 19, 2008

Respectfully submitted,

Don Benny Anderson

## CERTIFICATE OF SERVICE

I,  Don Benny Anderson, do swear or declare that on this March 19, 2008, I have

served the enclosed motions above on the following party to this proceeding, by

depositing them in an envelop containing this document in the United States mail

properly addressed with first-class postage prepaid.

The name of the party served is as follows:

Roger Heaton
United States Attorney
318 S. 6th
Springfield, IL 62701

Signed pursuant to Title 28 U.S.C. Section 1746.

-----

Don Benny Anderson
2004b S Noble Ave
Springfield, IL 62704

THE FOLLOWING IS ALSO EVIDENCE FOR RECUSAL.  RECUSAL MOTION
HAS NOT BEEN RULED ON-PROPERLY DENIED.  ALL COURT ACTIONS ARE VOID.

*Dated April 9, 2008*

*Respectfully Submitted*

*Don B. Anderson*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

DON BENNY ANDERSON,  )
  AFFIANT-PETITIONER,  )
  )
  V.  )   Case No. 08-3045  Habeas Corpus
  )
UNITED STATES OF AMERICA,  )
  RESPONDENT.  )
  )
In re Don Benny Anderson  )   Case Nos. 08-3046, 08-3047, 08-3048,
  )            08-3049 Writ of Coram Nobis Cases
  )

**EXTAORDINAY WRIT TO EXPEDITE ALL ABOVE PROCEEDINGS**

**EVIDENCE OF ACTUAL INNOCENCE**

NOW COMES Don Benny Anderson, petitioner, pro se, pursuant to 28 U.S.C.A.

Section 1651 and moves this court to expedite proceedings.  Ref: United States District

Court for the Southern District of Illinois, Cause No. 82-CR-50031 .  [This Court's

Case Nos:  08-3045 Habeas Corpus and 08-3048 Writ of Coram Nobis.]

In support hereof petitioner states the following:

Each count of an Indictment must stand on it own allegations.  Count One on it

face reveals that no federal crime was committed as charged.  [As a matter of fact,

both counts on their face reveals that no federal crime was committed as charged.]

Following is the charging part of Count One.  The rest of the count is

surplusage that conned grand jury, defendant(s), trial jury, press, and public into

believing a true federal crime was committed.  Surplusage is deliberately designed

and put into Indictments by prosecutors.    So prosecutors and other members of the

bar association: judges and defense attorneys can unconstitutionally further Bar

Association's Slave Trade, trafficking in human beings.    Putting on show trials,

violating United States Constitution mandates, arguing over non issues.  Using

beguiling, confusing legal flimflam, deceitful trickery,  kidnapping thousands of

innocent people, illegally and unconstitutionally, while acting under color of law, by

way of their word crafts, and publish deceptive court opinions, orders, decisions and

illegally creating judge created law.

The United States and court lacked Legislative Territorial Jurisdiction over All

Places mentioned in both counts of the Indictment.  See Article I, Section 8, Clause l7.

The State of Illinois never by Cession allowed the Federal Government to purchase

any place mentioned in counts with the Consent of the Legislature of the State

and acceptance by Congress.  Therefore, United States and Court acted in the Complete

Absence of all Jurisdiction, lacking Legislative Territorial Jurisdiction.    See National

Archives' records.

Charging part of Count One:

"On or about August 12, 1982, in Madison County, in the Southern District of

Illinois, DON BENNY ANDERSON, MATTHEW M. MOORE and WAYNE

MOORE, defendants herein did willfully and knowingly attempt to

obstruct, delay and affect commerce and the movement of articles and

commodities in commerce from manufactures and producers outside the State

of Illinois for use in the business of the Hope Clinic for Women, Ltd. An

Illinois Corporation, from Dr. Hector Zevallos, with his consent, induced by

the wrongful use of actual and threatened force, violence and fear directed

toward Dr. Hector Zevallos and Mrs. Rosalie Jean Zevallos, to coerce Dr.

Hector Zevallos to permanently cease the operation of the Hope Clinic for

Women, Ltd., an Illinois Corporation; all in violation of Title 18, United

States Code, Sections 1951 and 2."

[See Exhibit A attached to Case Number: 3:08-cv-3045 before this court at this

At this time.]

The following demonstrates the United States and federal court acted in the Complete

Absence of All Jurisdiction.  Resulting in the Complete Miscarriage of Justice, clear abuse

of discretion, usurpation of judicial power and – ABUSE OF POWER- to further the

terrorist-political kidnapping of Don Benny Anderson, via wrongful conviction.

The Supreme Court decision in Stirone v. United States, 4 L ed 2d 252 (1960)

clearly demonstrates the Indictment left the Federal Government and district court

without jurisdiction.    For the Grand Jury Acted In The Complete Absence Of All

Jurisdiction, without probable cause to believe a crime was committed, from page 257:

"[T]here are two essential elements of a Hobbs Act crime: interference with

commerce, and extortion. Both elements have to be charged.  Neither is

is surplusage and neither can be treated as surplusage.  The charge that

Interstate Commerce is Affected is critical since the Federal Government's

Jurisdiction of this crime rests only on that interference."

The two essential elements of a Hobbs Act crime are missing from the face of

Count One, also Count Two.   On its face it fails to charge that Interstate Commerce

was Affected and Completed Extortion took place.

Nor did prosecutors present required evidence proving Anderson committed extortion under 18 U.S.C. Section 1951 as described by Supreme Court's statutory interpretation set forth in Scheidler v. National Organization For Women Inc., 537 U.S. 393 (2003).

Fraudulent JUDGMENT AND PROBATION/COMMITMENT ORDER claimed the following:     [See Exhibit D attached to Case Number: 3:08-cv-3045 before this court at this time.]

"FINDING & JUDGMENT Defendant has been convicted as charged of the offense(s) of Interference with commerce by threats or violence and Aiding and Abetting in violation of 18 United States Code, Sections 1951 and 2 of Indictment."

What is plain and clear from the Judgment and Probation/Commitment Order is the Court's Order is bogus.   It fails to state that Interstate Commerce was Affected and Property Obtained by Extortion.  Obviously grand jury and court acted in the Complete Absence of all Jurisdiction.   Court's Order is Null and Void for Want of Jurisdiction.

This court knows that a defendant cannot be convicted of Aiding and Abetting unless both essential elements of a Hobbs Act crime:  Completed Crime of Extortion and Interference with Interstate Commerce is charged and did occur.  Neither is charged nor did either occur.   No completed crime is charged in Count One, nor in Count Two.

 Court knows that a completed crime must be committed; before someone can aid and abet it.  Therefore sentencing court was without jurisdiction for a lawful conviction and authority to issue a Judgment Order.

Ironclad, unyielding evidence Count One is fictional, fraud upon the court by Judge William L. Beatty and that Anderson is constitutionally, statutorily, legally and factually and actually innocent is found in Indictment's own list of Overt Acts in Count Two as follows:

[See Exhibit A attached in Case Number: 3:08-cv-3045 before this court at this

time.]

## "OVERT ACTS

1.  On August 12, 1982, DON BENNY ANDERSON, MATTHEW M. MOORE and WAYNE A. MOORE appeared at the residence of Dr. and Mrs. Hector Zevallos, near Edwardsville, Madison County, Illinois.

[THIS COURT KNOWS THAT EDWARDSVILLE AND MADISON COUNTY, ILLINOIS ARE LOCATED IN THE TERRITORIAL JURISDICTION OF THE SOTHERN DISTICT OF ILLINOS.]   [ See map Exhibit N attached in Case Number: 3:08-cv-3045.]   [APPEARING AT EDWARDSVILLE IN MADISON COUNTY IS NOT A FEDERAL CRIME.]

2.  On August 12, 1982, Mrs. Zevallos was abducted at gunpoint from her residence in Madison County, Illinois by MATTHEW M. MOORE and DON BENNY ANDERSON.

[THIS COURT KNOWS THAT AN ABDUCTION IS NOT A VIOLATION OF TITLE 18 SECTION 1951: COMPLETED EXTORTION AND INTERFERENCE WITH INTERSTATE COMMERCE NOR TITLE 18 SECTION 2, AIDING AND ABETTING.]

3.  On August 12, 1982, one of the abductors stated to Dr. Zevallos that they wanted a quick $200,000 to $300,000.

[Wanting a quick $200,000 to $300,000 is **not** a completed extortion as required by statute and Supreme Court's decision in Stirone, **nor** attempted extortion.]

4.  On August 12, 1982, the Zevallos' were transported from within Madison County, Illinois, to Sangamon County, Illinois.

[WHAT IS PLAIN IS THAT SANGAMON COUNTY, ILLINOIS IS IN THE TERRITORIAL JURISDICTION OF THIS COURT , CENTRAL DISTRICT OF ILLINOIS.]    [SEE EXHIBIT N ATTACHED TO CASE 08-3045.]    [THE ABOVE LISTED OVERT ACTS DEMONSTRATE THAT NO COMPLETED EXTORTION REQUIRED BY STATUTE, **NOR** ATTEMPTED EXTORTION EVER TOOK PLACE AS CHARGEDAT EDWARDSVILE OR ANY WHERE IN MADISION COUNT OR ANY PLACE IN THE TERRITORIAL JURISDICTION OF THE SOUTHERN DISTRICT OF ILLINOIS AND NO INTERSTATE COMMERCE WAS AFFECTED.  NO EVIDENCE WAS PRESENTED THAT "DEFENDANTS HEREIN DID WILLFULLY AND KNOWINGLY ATTEMPTED TO OBSTRUCT, DELAY AND AFFECT COMMERCE AND THE MOVEMENT OF ARTICLES AND COMMODITIES IN COMMERCE FROM MANUFACTURES AND PRODUCERS OUTSIDE THE STATE OF ILLINOIS FOR USE IN THE BUSINESS OF THE HOPE CLINIC FOR WOMEN, LTD.AN ILLINOIS CORORATION, BY EXTORTION.   ALL FICTIONAL CLAIMS.  NO EVIDENCE WAS PRESENT THAT THERE WAS ANY MOVEMENT OF ARTICLES OR COMMODITIES IN COMMERCE GOING TO THE HOPE CLINIC.  NOR EVIDENCE ANY MANUFACTURES AND PRODUCER OUT

SIDE THE STATE OF ILLINOIS THAT SENT THEM.]

The Court of Appeals in its own account of events occurring in the Southern District of Illinois shows:  Count One is a made-up crime, allegation of facts which the government prosecutors, FBI agents and judges knew were not true.   Following is is from United States v. Anderson, Cite as 716 F.2d 446 (1983) page 447:

"On the evening of August 12, 1982. defendant and two other men forcibaly abducted Dr. Zevallos and his wife from their home at gunpoint, having gained entrance to their home on the pretense of responding to a real estate advertisement. Dr. Zevallos was told initially by the men that they sought only money, and indeed defendant and his assistants did take over three hundred dollars from the couple.  The victims were handcuffed, blindfolded and driven to a remote and isolated bunker near Illiopolis, Illinois, where they were held captive in Spartan conditions for eight days."

[What is plain, clear and simple to understand is that stealing of personal money  $300 dollars and abduction took place within the territorial boundaries of United States District Court for the Southern District of Illinois.]   [This court knows that Sangamon County and Illiopolis, Illinois is in its calmed territorial jurisdiction, United States District Court for the Central District of  Illinois.]   **[No attempted extortion occurred as charged.]**

**[Therefore nobody could have Aided and Abetted the fake crime alleged. No Interstate Commerce was Affected; the alleged articles and commodities in Interstate Commerce are bogus and claimed manufactures and producers alleged in Count One are fictional too.]**

Court of Appeals judges seeing from the Indictment that no Hobbs Act

Crime was legally charged, but the Judgment Order claimed Aiding and Abetting that never occurred.  Corrupt Court of Appeals judges decided to created their own fictional crime so they could sustain a conviction.  To cover up the fact the United States District Court for the Southern District of Illinois acted in the Complete Absence of All Jurisdiction.

Knowing the Judgment Order was fraud upon the court by Judge William L. Beatty. Judges manufactured their own fictional crime taking place, in this court's jurisdiction, without an Indictment by grand jury nor trial by jury.  Taking place about 75 miles northeast of alleged crime claimed in Count One.  Judges illegally AFFIMED a conviction for attempt.   For an attempted extortion that never occurred in the Southern District of Illinois.  But did not affirmed a conviction for Aiding and Abetting as claimed in the Judgment.

Judge William L. Beatty's own words reveal that no federal crime was committed as charged in Count One or Count Two:

[The following is from the sentencing Court's secret transcripts that the government and this court are hiding.  See Exhibit F, court transcript page 321 and 322 attached to 3:08-cv-3045.]

"THE COURT:  The problem I have with it is if we start instructing the jury about non-issues in any case, we could go on ad infinitum.

**[Ad infinitum means forever.]**  In this case in particular, obviously it is not an issue as to whether or not he is guilty of kidnapping.  It is not an issue of whether or not his is guilty of stealing."

Anderson was "denied the right to trial by the giving of a defective reasonable-doubt instruction".  In United States v. Gonzalez-Lopez, Decided June 26, 2006, the

Supreme stated in Arizona v. Fulminatee, 499 U.S. 279 (1991), we divided constitutional errors into two classes. The second class of constitutional error we called "structural defects." These "defy analysis by 'harmless-err' standards" because they "affect[] the framework within which the trial proceeds," and are not "simply an error in the trial process itself." One of these is "the denial of the right to trial by jury by the giving of a defective reasonable-doubt instruction, see Sullivan v. Louisiana, 508 U.S. 275 (1993).

In UNITED STATES v. ANDERSON, 716, F.2d at 448 the following is found:

"At the close of the evidence, the jury was instructed, in accordance with Seventh Circuit Federal Court Patter Jury Instruction Section 2.02, as follows:

> The defendant is charged with the crimes of attempting to
> obstruct commerce by extortion and conspiring to obstruct
> commerce by extortion. The defendant has denied that he
> is guilty of the charges."

What is obvious from the above is that Anderson was denied "the right to trial by jury by giving of a defective reasonable-doubt instruction." What also becomes clear is that Seventh Circuit judges are involved in a kidnapping-slavery business. For the instruction does not mention the essential elements of a Hobbs Act crime: Completed Extortion and Interference with Interstate Commerce; both are required to constitute a Hobbs Act violation.

JUDGE WILLIAM L. BEATTY KNOWINGLY AND WILLINGLY ACTED IN THE COMPLETE ABSENCE OF ALL JURISDICTION SENTENCING A FACTULLY AND ACTUALLY INNOCENT VICTIM, DON BENNY ANDERSON,

AND ISSUED A BOGUS JUDGMENT FOR FICTIONAL CRIMES THAT NEVER

OCCURRED.

**COURTS ACTED IN COMPLETE ABSENCE OF ALL JURISDICTION:**

**Anderson relies on the following:**

One, The original Constitution was entirely a statement of government' Duties;

Two, A "Constitutional Guarantee" implies a government Duty-even if the

Duty is otherwise unspecified in the constitution;

Three, Government is mandated to perform its clearly – specified Duties;

Four, There is no constitutional power which allow government to waive its

Duties;

Five, Constitutional Duties cannot be waived because they are not principally

obligations of individual defendants or Citizens;

Six, Government agents obligation is to government's true boss: **WE THE**

**PEOPLE; ALL THREE HUNDRED MILLION OF US;**

Seven, The only way government can "waive" a constitutional Duty owned to

300 million Americans is by persuading two-thirds of Congress and three-quarters of the

fifty States to agree to lawfully amend the Constitution to revoke or modify that Duty.

See United States Constitution Article V.

Eight,  As a matter of fact, the waiver of a constitutionally-mandated,

governmental Duty constitutes an amendment to the Constitution and cannot be lawfully

implemented by any mere individual defendant, prosecutor or judge or any combination

of them according to the Supreme Law: Constitution for the United States of America.

Nine,  Anderson relies on United States Constitutional Guarantee, mandate, a

DUTY imposed by WE THE PEOPLE, government's true boss, on the government, that

for the United States and United States District Court for the Southern District Illinois,

Case No. 82-50031 and United States District Court for the Eastern District of Virginia,

Case No. CR 83 00159 A to have Legislative Territorial Jurisdiction; the Federal

Government had to have Cession of the States of Illinois and Virginia and the Acceptance

of Congress of all Places purchased by the Consent Of the Legislature of the State in

which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards and

other needful Buildings;   Article I, Section 8, Clause 17.

Ten, National Archives' records reveal that there has been no Constitutional

Cession over the place where the fictional crimes was allegedly committed nor where the

illegal an unconstitutional court proceedings occurred.  See Article I, Section 8, Clause 17.

Eleven,  Therefore all United States prosecutors and United States District

Courts were in Want of Jurisdiction an acted in the Complete Absence of All Jurisdiction;

therefore, all federal court Judgments are Null and Void.

Twelve, Anderson relies on mandate and Duty of government agents Article IV

"no Warrants shall issue, but upon probable causes".  Warrant never established probable

cause.  It failed to state the essential elements of a Hobbs Act crime: Completed Extortion

took place and Interstate Commerce was Affected.  Petitioner cannot waive a Duty placed

upon government agents by the U.S. Constitution.

Thirteen, Anderson relies on Constitutional mandate and Duty of government

agents.  Article V "indictment of a Grand Jury".  No lawfully impaneled grand jury ever

indicted petitioner.  In any of Anderson's federal or state cases, mentioned in Habeas

Corpus Case No. 08-3045 and Writ of Coram Nobis cases Nos. 08-3046, 08-3047,

08-3048 and 08-3049.    In case 08-3045 Exhibit K, shows conclusively that GRAND

JURY FOR THE EASTERN DISTRICT OF VIRGINIA NEVER AUTHORIZED THE

INDICTMENT.    IT IS NOT SIGNED BY FOREMAM.    CASE NO:  CR 83 00159  A.

Petitioner was "deprived of life, liberty, or property, without due process of law; **[No**

**prosecutor in any of Anderson's rigged federal and state kangaroo trials ever**

**presented evidence beyond a reasonable doubt that a crime was committed as**

**charged.    NO FEDERAL OR STATE COURT CAN PROVIDE THE NAMES OF**

**12 QUALIFIED GRAND JURORS THAT APPROVED INDICTMENTS.]** nor

shall private property be taken for public use, without just compensation."    Anderson

cannot waive a Duty placed upon government agents by the U.S. Constitution.

Sixth, Anderson relies on In re Winship, 397 U.S. 358, 364, 90 S.Ct. 1068, 25

L.Ed. 368 (1970).  "Constitutional stature of the reasonable-doubt standard, we explicitly

hold that the Due Process Clause protects the accused conviction except upon proof

beyond a reasonable doubt of every fact necessary to constitute the crime with which he is

charged." U.S.Const.Amend.5,13,14.

Seventh, Anderson relies on the plain and fundamental constitutional

jurisdictional mandate placed in United States Constitution, Article III, Section 2. Clause 3:

"The Trial of all Crimes, except in Case of Impeachment, shall be by Jury; and such Trial

shall be held in the State where the said Crimes shall have been committed."    No Trial by

Jury was held in a State where a Crime was committed in the totality of all cases listed above.

Court should immediately issue Writ of Coram Nobis Nos. 08-3046, 08-3047,

08-3048 and 08-3049 to correct errors by federal and state courts that acted in the

Complete Absence of all jurisdiction, resulting in the Complete Miscarriage of Justice.

Petitions are an Attack on a conviction(s) involving collateral legal disadvantages which survive satisfaction of sentence, and Constitutional controversy is presented in petition(s) for relief:

The following is from U.S. Probation Office Central District of Illinois, INFORMATION SHEETS  [See Exhibit C three pages attached to Writs of Error Nobis cases.]:

### "Civil Disabilities/Firearms Restrictions:

If you have been convicted in any court of a crime punishable by imprisonment for a term exceeding on (l) year (a felony), whether or not the punishment was imposed, you **may not** possess a firearm nor may you  have control over or access to a firearm.   Such possession is a violation of probation, supervised release, parole, special parole, of mandatory release, and is a violation of the law...

### TRAVEL:

Travel beyond the limits of the Central District of Illinois is a privilege which may be granted by your supervising probation officer only when he/she is satisfied that you are in full compliance with the conditions of your supervision.  You may not travel outside the Central District of Illinois without **permission** of the probation officer...

### CIVIL DISABILITIES AND FIREARMS RESTRICTIONS

I.    A person sentenced to imprisonment loses the right to vote until released from prison.  A person convicted of a felony, e.g., bribery, perjury, or other "infamous crime" loses the right to hold public office until completion of his/her sentence including any period of supervision... A person convicted of a felon under federal law may not possess a firearm (including both long guns and handguns) or ammunition...

### RESTORATION OF RIGHTS/REMOVAL OF DISABILITIES

II.    The right to hold public office is automatically restored upon completion of your sentence including any period of supervision.

### ANDERSON DID SHOWS CAUSE AND DID DEMONSTRATE

### WHY COURT SHOULD NOT SUMMARILY DISMISS CASES

FRAUD WAS COMMITTED BY FRANK H. EASTERBROOK, CHIEF JUDGE, DIANE P. WOOD, CIRCUIT JUDGE AND ANN CLAIRE WILLIAMS, CIRCUIT JUDGE.

Judges claim the following in Exhibit A:

"But since Anderson is no longer "in custody" under his Harris County conviction, he could not have obtained relief by a Section 2254 petition; **a motion for writ of error coram nobis was the correct submission.** See United States v. Bush, 888 F.2d 1145, 1147 (7thCir.1989). **However, Anderson has not alleged that he is suffering from any ongoing civil disabilities or adverse collateral consequences-prerequisites to relief by a writ of error coram nobis."** See Howard v. United States, 962 F.2d 651, 653 (7th Cir.1992); United States v. Craig, 907 F.2d 653 (7th Cir. 1990)."…

"Petitioner is no longer "in custody" under his Dallas County Conviction, so he could not have filed a Section 2254 petition. **Thus, a motion for writ of error coram nobis was correct…But again Anderson alleges no ongoing civil disabilities or adverse collateral consequences of his Dallas County conviction"**…

"But Anderson was right to label his motion was one for a writ of error coram nobis because he is no longer "in custody" under his Pinellas County conviction. **Nonetheless, Anderson alleges no ongoing civil disabilities or adverse collateral consequences of his Dallas County conviction…so his challenge fails. (Emphasis added.)**

**As a matter of fact, Anderson did allege ongoing civil disabilities and collateral consequences-prerequisites for relief in his three writs of error coram nobis mentioned above, same relief was requested in all writs, See Exhibit B:**

"**Wherefore,** petitioner prays this court based on foregoing and following to grant relief requested herein.

Petitioner moves this Honorable Court to notify all federal and state agencies that it is issuing an Order of Notification that petitioner's intentional false arrests and illegal convictions and sentences have been declared null and void and failure to comply with Court's expungemnt order will make the agency plus individual liable for a penalty of One Million Dollars Per Day each, payable to petitioner if they do not comply. And that a notation in the record is insufficient. That there is to be no trace of them; that the expungment of petitioner's records are ordered against all persons and agencies who maintain custody of such records, whether or not they are named as respondent(s), and the records must be turned over to petitioner in tact within 30 days and verification by this Court. A Certification of Compliance must be filed with this Court within 30 days of the receipt of order and said order is not in violation of State of Illinois nor federal law. For petitioner is a victim of a kidnapping conspiracy and respondent(s) cannot provide a transcript proving the charged crime occurred as alleged in the charging instrument.

For Don Benny Anderson is entitled to compensation for the premeditated kidnapping and destruction of his good name, family and business opportunities and is planning on traveling abroad and all the states of the union, running for public office, flying planes, voting in state and federal elections, being on a jury, owing a gun, getting a drivers license, going into business immediately and may suffer another possible false arrest, conviction and sentence in the

future on fictional charges as in this case at bar which has been used against him by kidnapping

conspirators in United States District Courts and United States Parole Commission **and he will**

**suffer future collateral consequences if false arrest records, conviction and sentencing**

**records remains. [Emphasis added]**

Petitioner is also requesting a Order stating that if asked if he has been arrested or

convicted or sentenced in the past he can legally state, "No". Because in reality petitioner was

intentionally, illegally and unconstitutionally arrested, convicted and sentenced and this

Honorable Court decreed them Null and Void.

Petitioner at this time also moves this court in the interest of justice, judicial

economy and the ends of justice; to decree his convictions are constitutionally invalid and

is entitled to have his arrests, convictions, sentences and all the effects steaming from them

completely expunged from all records. Order any other relief as is deemed just and proper, if

any there be at law, least Anderson suffer irreparable injury.

Signed under Title 18 Section 1621 and Title 28 Section 1746. Date: February 17,

2006...Don Benny Anderson."

United States Court of Appeals judges Frank H. Easterbrook, Chief Judge, Diane P.

Wood, Circuit Judge, Ann Claire Williams, Circuit Judge, United States District Judge Gilbert

of the Southern District of Illinois and Judge Mihm of the Central District of Illinois did

knowingly and willingly with criminal intent did join, combine, conspire and confederate in

criminal conspiracies to further the political kidnapping of Don Benny Anderson. Furthering

the cover up of the terrorist-kidnapping of Don Benny Anderson; judges engaged in procedural

kidnapping and ordered extortionate fines. Anderson did pay the $1000 extortionate fine of

Frank H. Easterbrook, Chief Judge, Diane P. Wood, Circuit Judge, Ann Claire Williams, Circuit

Judge.  If you , Judge Jeanne E. Scott, and above judges are not engaged in criminal conspiracies,

order transcripts of all court proceedings.   See for yourself if petitioner committed perjury.  You,

Judge Jeanne E. Scott, are not obligated to join judges in criminal conspiracies, mentioned in

documents and cases before your court.  Signed under the penalty of perjury pursuant to Title 18

Section 1621and Title 28 Section 1746.

Dated this 5th day of March 2008.

Respectfully submitted,

Don Benny Anderson
2004B S. Noble Ave
Springfield, IL 62704

DATED THIS 27TH DAY OF MARCH 2008.

RESPECTFULLY SUBMITTED,

Don Benny Anderson

CERTIFICATE OF SERVICE

I, Don Benny Anderson, do swear or declare that on this 27th day of March 2008, I have served the enclosed **EXTRAORDINARY WRIT TO EXPEDITE ALL ABOVE PROCEEDINGS** on the following party to this proceeding, by depositing it in an envelope containing the said document in the United States mail properly addressed and with first-class postage prepaid.

The name and address of party served is as follows:

Roger Heaton
United States Attorney
318 S. 6th
Springfield, IL 62701

Signed pursuant to Title 28 U.S.C. Section 1746.

Don Benny Anderson
2004B S Noble Ave
Springfield, IL 62704

CERTIFICATE OF SERVICE

I, Don Benny Anderson, do swear or declare that on this April 9, 2008 I have served the enclosed MOTION FOR RECUSAL OF JUDGE JEANNE E. SCOTT AND HEARING; MOTION FOR RECUSAL OF UNITED STATES ATTORNEY ROGER HEATON AND OFFICE TO RECUSE ITSELF on the following party to this proceeding, by depositing it in an envelope containing the said document in the UNITED STATES mail properly addressed and with first-class postage prepaid.

The name and address of party served is as follows:

Roger Heaton
United States Attorney
318 S. 6th
Springfield, IL 62701

Signed pursuant to Title 28 U.S.C. Section 1746.

Don B. Anderson

Don Benny Anderson
2004B S. Noble Ave
Springfield, IL  62704

Page 1